No. 317. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JOHNSON. Argued December 5, 1939. Decided December 11, 1939. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Assistant Attorney General Clark* and *Mr. Arnold Raum,* with whom *Solicitor General Jackson* and *Messrs. Sewall Key* and *Joseph M. Jones* were on the brief, for petitioner. *Mr. Abraham Lowenhaupt,* with whom *Mr. Stanley S. Waite* was on the brief, for respondent.

No. 365. LEONA PIATT GRAY *v.* UNION JOINT STOCK LAND BANK OF DETROIT;
No. 366. CARL H. GRAY *v.* SAME; and
No. 367. PIATT *v.* SAME. December 11, 1939. *Per Curiam:* Motion for leave to proceed *in forma pauperis,* and petition for writs of certiorari, granted. The judgments of the Circuit Court of Appeals are reversed, and the causes are remanded to the District Court for further proceedings. See *John Hancock Mutual Life Ins. Co.* v. *Bartels, ante,* p. 180. *Mr. William Lemke* for petitioners. *Mr. A. G. Masters* for respondent. Reported below: 105 F. 2d 275.